UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FABIAN MILLS,

    Petitioner,

v.

KEN CLARK,

    Respondent.
    _____/

No. C 08-4296 PJH (PR)

**ORDER OF TRANSFER**

This is a habeas case filed pro se by a state prisoner. Petitioner seeks to challenge a conviction obtained in the Superior Court in and for Solano County. Solano County is in the venue of the United States District Court for the Eastern District of California. Petitioner is incarcerated at Corcoran State Prison, which also is in the Eastern District.

Venue for a habeas action is proper in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). In this case they are the same, the Eastern District. Because venue is not proper here, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: September 17, 2008.

                                      PHYLLIS J. HAMILTON
                                      United States District Judge

G:\PRO-SE\PJH\HC.08\MILLS4296.TRN.wpd